No. 580. BAUER, POGUE & CO., INC. ET AL. *v.* TROUNSTINE, ANCILLARY EXECUTRIX. November 20, 1944. Peti-

778

tion for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Benjamin P. De Witt* for petitioners. *Messrs. Edgar J. Bernheimer* and *Harry T. Zucker* for respondent.